IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

MICHAEL GRASSMUECK, as Trustee of )
the Bankruptcy Estate of James Wenger, )
                                                            )
                Plaintiff,          )    Civil Case No. 06-526-ST
                                                 )
    vs.                            )    ORDER
                                                 )
JOHNSON CONTROLS BATTERY )
GROUP, INC., a Wisconsin Corporation, )
and JOHNSON CONTROLS, INC., a )
Wisconsin Corporation, )
                                                 )
              Defendants.     )

Kevin T. Lafky
Larry L. Linder
Lafky & Lafky
429 Court Street N.E.
Salem, Oregon 97301

       Attorneys for Plaintiff

Jennifer L. Bouman
Bullard Smith Jernstedt Wilson
1000 S.W. Broadway, Suite 1900
Portland, Oregon 97205

Kevin F. Woodall
Nina Kani
Foley & Lardner LLP
One Maritime Plaza, 6th Floor
San Francisco, California 94111-3409

    Attorneys for Defendants


KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on May 18, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). Both plaintiff and defendant Johnson Controls, Inc. ("JCI") filed objections to the Findings and Recommendation, and JCI filed a response to plaintiff's objections.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report. See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

///

Accordingly, I ADOPT Judge Stewart's Findings and Recommendation (#72) and I GRANT in part and DENY in part defendants' Motion for Summary Judgment (#12).

Dated this __2nd__ day of July, 2007.

_/s/ Garr M. King_
Garr M. King
United States District Judge