IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MICHAEL GRASSMUECK, as Trustee of
the Bankruptcy Estate of James Wenger

                Plaintiff,        Civil No. 06-526 -ST

        v.                    ORDER OF DISMISSAL

JOHNSON CONTROLS BATTERY GROUP, INC.,
a Wisconsin Corporation, and JOHNSON
CONTROLS, INC., a Wisconsin
Corporation,

                Defendants.


Based on the record and the Plaintiff's unopposed motion to dismiss, IT IS HEREBY ORDERED this action is dismissed with prejudice and without fees or costs to either party.

Dated this  7th  day of February, 2008.


                        /s/ Garr M. King
                        Garr M. King
                        United States District Judge